Submitted on record and appellant's brief August 18, reversed and remanded for new trial August 25, 1975

STATE OF OREGON, *Respondent, v.* ROBERT KEITH REINAN (No. 29652), *Appellant.*

538 P2d 1273

Gary D. Babcock, Public Defender, Salem, filed the brief for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Donald L. Paillette, Assistant Attorney General, appeared for respondent.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

PER CURIAM.

REVERSED AND REMANDED FOR A NEW TRIAL. *State v. Smith,* 21 Or App 270, 534 P2d 1180, Sup Ct *review denied* (1975).